No. 308. MIDLAND OIL COMPANY *v.* BENJAMIN BALL. Error to the Supreme Court of the State of Oklahoma. Argued April 29, 1927. Decided May 2, 1927. *Per Curiam.* Writ of error dismissed for want of a federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; and *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Samuel N. Hawkes,* with whom *Mr. Hayes McCoy* was on the brief, for plaintiff in error. *Messrs. J. I. Howard, Frank T. McCoy, E. E. Grinstead,* and *William S. Hamilton* were on the brief for defendant in error.

---

No. 154. W. T. PHILLIPS, JR., ET AL., ETC., SUBSTITUTED FOR OKLAHOMA NATURAL GAS COMPANY *v.* STATE OF OKLAHOMA. Error to the Supreme Court of the State of Oklahoma. Petition for certiorari submitted April 25, 1927. Decided May 2, 1927. *Per Curiam.* Writ of error dismissed under § 237 of the Judicial Code as amended by the Act of February 13, 1925, 43 Stat. 936, and, treating the writ of error as an application for writ of certiorari, certiorari is denied. *Messrs. Streeter B. Flynn, Robert M. Rainey, David A. Richardson,* and *Samuel W. Hayes* for plaintiffs in error. *Messrs. Edwin D. Dabney, E. S. Ratliff,* and *George F. Short* for the State of Oklahoma.

---

No. 15, original. THOMAS CONTRERAS *v.* UNITED STATES. May 16, 1927. The motion for leave to file amended petition for a writ of mandamus herein is denied. *Mr. Thomas Contreras, pro se.* No appearance for the United States.